IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FELIX WALLS,

    Petitioner,

v.

WARDEN CAROL HOLINKA of FCI
Oxford and other ARTICLE II
SWORN OFFICIAL[s] of the
DEPARTMENT OF JUSTICE, known
and unknown,

    Respondents.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-430-bbc

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondents DISMISSING petitioner's petition for writ of habeas corpus for lack of jurisdiction.

_____
Peter Oppeneer, Clerk of Court

SEP 2 3 2009
Date